IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEMONS,** *et al.*                                                                      **PLAINTIFFS**

**v.**                          **CASE NO. 4:21-CV-00615 BSM**

**EPR PARKS LLC,** *et al.*                                                 **DEFENDANTS**

## ORDER

The joint motion to remand [Doc. No. 11] is granted and this case is immediately remanded to the Grant County Circuit Court. *See* Ark. Code Ann. § 16-13-201.

IT IS SO ORDERED this 27th day of August, 2021.

                                                                                           UNITED STATES DISTRICT JUDGE